**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 23-1848**

_____

EDWARD BERNARD MCKEE,

       Plaintiff - Appellant,

    v.

NORTH CAROLINA DEPARTMENT OF ENVIRONMENTAL QUALITY,

       Defendant - Appellee.

_____

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh.  Terrence W. Boyle, District Judge.  (5:22-cv-00409-BO-RN)

_____

Submitted:  January 30, 2024                       Decided:  February 2, 2024

_____

Before KING, AGEE, and THACKER, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Edward Bernard McKee, Appellant Pro Se.  Christine Ryan, Assistant Attorney General, NORTH CAROLINA DEPARTMENT OF JUSTICE, Raleigh, North Carolina, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Edward Bernard McKee appeals the district court's order granting Defendant's motion to dismiss McKee's discrimination claims, brought pursuant to Title VII of the Civil Rights Act of 1964, 42 U.S.C. §§ 2000e to 2000e-17. Upon review of the record, in conjunction with the arguments McKee raises in his informal brief, we discern no reversible error. *See* 4th Cir. R. 34(b); *see also Jackson v. Lightsey*, 775 F.3d 170, 177 (4th Cir. 2014) ("The informal brief is an important document; under Fourth Circuit rules, our review is limited to issues preserved in that brief."). Accordingly, we affirm the district court's order. *McKee v. N.C. Dep't of Env't Quality*, No. 5:22-cv-00409-BO-RN (E.D.N.C. filed July 13, 2023 & entered July 14, 2023). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*